UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-62359-AHS

HOWARD COHAN,

     Plaintiff,

vs.

CBK-COUSINS, INC.
a Florida Profit Corporation
d/b/a CJ BLACKS,

     Defendant(s).

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, CBK-COUSINS, INC., a Florida Profit Corporation, d/b/a CJ BLACKS, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

     RESPECTFULLY SUBMITTED March 15, 2023.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

**By: /s/ James M. Loren**
James M. Loren
Bar No.: 55409
Law Offices of Goldberg & Loren, P.A.
1776 North Pine Island Road, Suite 224
Plantation, FL 33322
Phone: (800)719-1617
Facsimile: (888)272-8822
E-Mail: JLoren@goldbergloren.com

1

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                       **/s/ Gregory S. Sconzo**
                                       **Gregory S. Sconzo, Esq.**