UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-62359-AHS

HOWARD COHAN,

     Plaintiff,

vs.

CBK-COUSINS, INC.
a Florida Profit Corporation
d/b/a CJ BLACKS,

     Defendant(s).

_____/

## **JOINT STIPULATION OF DISMISSAL**

The Plaintiff, HOWARD COHAN and the Defendant, CBK-COUSINS, INC, a Florida Profit Corporation, d/b/a CJ BLACKS, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against CBK-COUSINS, INC, a Florida Profit Corporation, d/b/a CJ BLACKS; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED March 22, 2023.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com

**By: /s/ James M. Loren**
James M. Loren
Bar No.: 55409
Law Offices of Goldberg & Loren, P.A.
1776 North Pine Island Road, Suite 224
Plantation, FL 33322
Phone: (800)719-1617
Facsimile: (888)272-8822
E-Mail: JLoren@goldbergloren.com

1

Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

   **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**